

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 Vesey Street, Suite 400
NEW YORK, NY 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0077
*gizzip@sec.gov*

September 4, 2018

*Via ECF*
Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *SEC v. Durante*, 15-CV-9874-RJS (S.D.N.Y.)

Dear Judge Sullivan:

    We represent the Plaintiff Securities and Exchange Commission in this action.  On July 3, 2018, the Court entered an Order granting the Commission until September 4, 2018 to move for a default judgment against defendant Evolution Partners Wealth Management, LLC in light of its failure to respond to the amended complaint (docket no. 117).  The Commission staff has prepared a recommendation to the Commission seeking authorization to dismiss voluntarily the claims against Evolution Partners because it is no longer in existence.  The staff's recommendation is presently before the Commission.  As soon as the Commission votes on the recommendation, the staff will report back to the Court.  Therefore, we respectfully request that the Court extend by 30 days the date for the Commission to move for default as to Evolution Partners to enable the Commission to complete its consideration of the staff's recommendation.

    Respectfully submitted,

    */s/ Paul G. Gizzi*
    */s/ James K. Hanson*
    Paul G. Gizzi
    James K. Hanson

Cc:  All Defendants