

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 Vesey Street, Suite 400
NEW YORK, NY 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0077
gizzip@sec.gov

March 19, 2019

*Via ECF*
Hon. George B. Daniels
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *SEC v. Durante*, 15-CV-9874-GBD (S.D.N.Y.)

Dear Judge Daniels:

    We represent the plaintiff Securities and Exchange Commission ("SEC" or "Commission") in this action. This letter is to provide the Court with a status report pursuant to the Court's January 28, 2019 order. (Docket No. 132.) The Commission has agreed to accept the settlement offers of the remaining defendants: Edward Durante, Abida Khan, Larry Werbel, Christopher Cervino, Walter Reissman, and Kenneth Wise. Accordingly, the staff respectfully requests that the Court enter the enclosed final judgments on consent. Upon entry of all of these judgments, all of the SEC's claims asserted in this action will be fully resolved.

    Respectfully submitted,

    */s/ Paul G. Gizzi*
    */s/ James K. Hanson*

    Paul G. Gizzi
    James K. Hanson

Enclosures

Cc:   All Defendants
       U.S. Attorney's Office